NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES H. BLACK, DOC #365003,          )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D18-5010
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed September 25, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Donald G. Jacobsen,
Judge.

PER CURIAM.

          Affirmed.

LaROSE, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.